**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-2123**

———————————

ABDUL AZIZ,

                                        Plaintiff - Appellant,

        versus

BOARD OF DIRECTORS OF THE STATE COLLEGE SYSTEM
OF WEST VIRGINIA,

                                        Defendant - Appellee,

        and

BLUEFIELD STATE COLLEGE,

                                        Defendant.

———————————

Appeal from the United States District Court for the Southern
District of West Virginia, at Bluefield.  David A. Faber, District
Judge.  (CA-96-2025-1)

———————————

Submitted:  April 25, 2002              Decided:  May 1, 2002

———————————

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Abdul Aziz, Appellant Pro Se.  Charles R. Bailey, BAILEY & WYANT,
P.L.L.C., Charleston, West Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Abdul Aziz appeals the district court's denial of a post judgment motion filed pursuant to Fed. R. Civ. P. 60(b). The district court originally dismissed the action on its merits, and we affirmed. Aziz v. Board of Directors, No. 99-1502, 1999 WL 734763 (4th Cir. Sept. 21, 1999) (unpublished), cert. denied, 529 U.S. 1004 (2000).

We review denial of a Rule 60(b) motion for abuse of discretion. Eberhardt v. Integrated Design & Constr., Inc., 167 F.3d 861, 869 (4th Cir. 1999). Having reviewed the district court's order denying the motion, we conclude that the court did not abuse its discretion in denying the requested relief. Therefore, we deny Appellee's motion to dismiss the appeal, deny Appellant's motion for jury trial, and affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED